**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**SOPHIA T. ELLIS,**

      **Plaintiff,**

                                  Case No. 05-72643

v.

                                  HONORABLE DENISE PAGE HOOD

**COMMISSIONER OF SOCIAL**
**SECURITY,**

      **Defendant.**
_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation dated June 28, 2006. Plaintiff filed Objections to the Magistrate Judge's Report and Recommendation on July 9, 2006.

Magistrate Judge Mona K. Majzoub recommended that the Court grant Defendant's Motion for Summary Judgment, and deny the Plaintiff's Motion for Summary Judgment.

After careful review and consideration, the Court finds that the Magistrate Judge reached the correct conclusion for the proper reasons. Accordingly,

IT IS ORDERED that the Report and Recommendation of Magistrate Judge Mona K. Majoub **[Docket No. 15, filed June 28, 2006]** is ACCEPTED and ADOPTED as this Court's findings and conclusions of law.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment **[Docket No. 14, filed January 4, 2006]** is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment **[Docket No.**

**11, filed November 3, 2005]** is DENIED.

      /s/ Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: August 30, 2006

      I hereby certify that a copy of the foregoing document was served upon counsel of record on August 31, 2006, by electronic and/or ordinary mail.

S/William F. Lewis
Case Manager

2